# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | | |
|---|---|---|
| ALISON BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:12-cv-286 |
| vs. | ) | |
| | ) | |
| GC SERVICES L.P., | ) | **STIPULATION TO DISMISS** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, ALISON BENNETT, and the Defendant, GC SERVICES L.P., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs.

*/s/ Mitchel E. Luxenburg*       */s/ Caren D. Enloe*
Mitchel E. Luxenburg (42021)      Caren D. Enloe (17394)
Luxenburg & Levin, LLC      Morris Manning & Martin LLC
Attorneys for Plaintiff      Attorneys for Defendant
23875 Commerce Park      PO Box 12768
Suite 105      Research Triangle Park, NC 27709
Beachwood, OH 44122      (919) 806-2969
(888) 493-0770, ext. 301      cenloe@mmmlaw.com
mitch@luxenburglevin.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 2, 2013 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Mitchel E. Luxenburg
    Mitchel E. Luxenburg (42021)